ACCEPTED
15-25-00072-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/5/2025 12:26 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00072-CV**

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT
AT AUSTIN

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/5/2025 12:26:33 PM
CHRISTOPHER A. PRINE
~~Clerk~~

FRANCES SPANOS SHELTON,

*Appellant*,

v.

VERNON LEUSCHNER, ROBERT LEE SPANOS, CHRISTOPHER BLAKE SPANOS, KATHRYN NICOLE LAWRIE, AND KATHERINE LEUSCHNER,

*Appellees*.

On Interlocutory Appeal from the 414th District Court
of McLennan County, Texas, Cause No. 2024-3035-5

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**Kirk L. Pittard**
State Bar No. 24010313
kpittard@dpslawgroup.com
**Rick Thompson**
State Bar No. 00788537
rthompson@dpslawgroup.com
DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222
(214) 946-8000
(214) 946-8433 (fax)

**Craig D. Cherry**
State Bar No. 24012419
ccherry@cjsjlaw.com
**Ryan C. Johnson**
State Bar No. 24048574
rjohnson@cjsjlaw.com
**Scott H. James**
State Bar No. 24037848
sjames@cjsjlaw.com
**M. Katie Quillen**
State Bar No. 24133047
kquillen@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PLLC
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
(254) 732-2242
(866) 627-3509 (fax)

COUNSEL FOR APPELLANT

Appellant Frances Spanos Shelton files this unopposed motion for extension of time to file her brief requesting an additional 30 days—*i.e.*, until **June 12, 2025**—and would respectfully show the Court as follows:

1. The appellate record was filed on April 23, 2025.

2. Appellant's Brief in this interlocutory appeal is currently due on May 13, 2025.

3. Appellant respectfully requests a 30-day extension of time to file her brief, moving the deadline to June 12, 2025.

4. The undersigned counsel seeks this extension due to his existing heavy workload and briefing deadlines, including but not limited to, the following:

    A. Preparing Appellants' Reply Brief in Cause No. 05-24-01141-CV; *Kristine Nicole Lancaster, et al., v. AAA Texas, LLC,* in the Fifth Court of Appeals, Dallas, Texas. The brief was filed on April 28, 2025.

    B. Preparing the Real Parties in Interests' Response to the Petition for Writ of Mandamus in Cause No. 04-25-00052-CV; *In re Jordyn Ellis,* in the Fourth District Court of Appeals. The response brief is currently due on or before May 12, 2025.

    C. Preparing Appellant's Brief in Cause No. 02-25-00146-CV; *Kids in Motion of Springfield, LLC, Patricia Naylor and Rodney Naylor v. TLGI, LLC,* in the Second Court of Appeals, Fort Worth. The brief is currently due on or before May 28, 2025.

D. Preparing Appellee's Brief in Cause No. 08-25-00012-CV, *Texas Regional Landfill Co., LP v. McNeil*, in the Eighth Court of Appeals at El Paso. The brief is currently due on or before May 30, 2025.

Because of these deadlines and other day-to-day projects, counsel requests an additional thirty days to review the record and analyze the issues to be addressed in the brief so that they may be clearly and concisely presented to this Court.

5 This is Appellant's first request for an extension of time to file her brief.

6. This request is not being filed solely for the purposes of delay, but in order that justice may be served.

### CERTIFICATE OF CONFERENCE

On May 2, 2025, the undersigned counsel communicated with Mr. Angus McSwain, counsel for Appellee Vernon Leuschner, regarding the substance of this motion, and he graciously stated that he and his client were not opposed to the relief requested in this motion.

On May 2, 2025, the undersigned counsel also communicated with Mr. Jim Dunnam, counsel for the remaining Appellees, regarding the substance of this motion, and he graciously state that he and his clients were not opposed to the relief requested in this motion either.

**PRAYER**

For these reasons, Appellant respectfully requests that this Court grant her motion and extend the time to file Appellant's Brief to **June 12, 2025**.

Respectfully submitted,

By: */s/ Rick Thompson*
Rick Thompson
State Bar No. 00788537
rthompson@dpslawgroup.com
DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222
(214) 946-8000 – Office
(214) 946-8433 – Facsimile

Craig D. Cherry
State Bar No. 24012419
ccherry@cjsjlaw.com
Ryan C. Johnson
State Bar No. 24048574
rjohnson@cjsjlaw.com
Scott H. James
State Bar No. 24037848
sjames@cjsjlaw.com
M. Katie Quillen
State Bar No. 24133047
kquillen@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PLLC
7901 Fish Pond Road, 2nd Floor
Waco, Texas  76710
(254) 732-2242 – Office
(866) 627-3509 – Facsimile

**COUNSEL FOR APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, a true and correct copy of the foregoing motion was served on the following counsel of record via electronic service, pursuant to the Texas Rules of Appellate Procedure.

Jim Dunnam
jimdunnam@dunnamlaw.com
Andrea Mehta
andreamehta@dunnamlaw.com
Mason Vance Dunnam
masondunnam@dunnamlaw.com
DUNNAM & DUNNAM LLP
4125 West Waco Drive
Waco, Texas 76710
*Attorneys for Intervenors/Appellees Robert Spanos, Chrisopher Spanos, and Nicole Spanos*

Andy McSwain
mcswain@thetexasfirm.com
Mark E. Firmin
mfirmin@thetexasfirm.com
BEARD KULTGEN BROPHY BOSTWICK & DICKSON PLLC
220 South 4th Street
Waco, Texas 76701
*Attorneys for Intervenor/Appellee Vernon Leuschner*


_/s/ Rick Thompson_
Rick Thompson

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kelly Blackburn on behalf of William Richard Thompson
Bar No. 788537
efile@dpslawgroup.com
Envelope ID: 100432338
Filing Code Description: Motion
Filing Description: UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS BRIEF
Status as of 5/5/2025 12:51 PM CST

Associated Case Party: FrancesSpanosShelton

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rick Thompson | | rthompson@dpslawgroup.com | 5/5/2025 12:26:33 PM | SENT |
| Craig Cherry | 24012419 | ccherry@cjsjlaw.com | 5/5/2025 12:26:33 PM | SENT |
| Kirk Pittard | | kpittard@dpslawgroup.com | 5/5/2025 12:26:33 PM | SENT |
| Ryan Johnson | | rjohnson@cjsjlaw.com | 5/5/2025 12:26:33 PM | SENT |
| Scott James | | sjames@cjsjlaw.com | 5/5/2025 12:26:33 PM | SENT |
| Michala Quillen | | kquillen@cjsjlaw.com | 5/5/2025 12:26:33 PM | SENT |

Associated Case Party: Vernon Leuschner

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Angus McSwain | 13861100 | mcswain@thetexasfirm.com | 5/5/2025 12:26:33 PM | SENT |
| Mark Firmin | 24099614 | firmin@thetexasfirm.com | 5/5/2025 12:26:33 PM | SENT |

Associated Case Party: RobertLeeSpanos

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James Dunnam | 6258010 | jimdunnam@dunnamlaw.com | 5/5/2025 12:26:33 PM | SENT |
| Mason Dunnam | | masondunnam@dunnamlaw.com | 5/5/2025 12:26:33 PM | SENT |
| Andrea Mehta | | andreamehta@dunnamlaw.com | 5/5/2025 12:26:33 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kelly Blackburn on behalf of William Richard Thompson
Bar No. 788537
efile@dpslawgroup.com
Envelope ID: 100432338
Filing Code Description: Motion
Filing Description: UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS BRIEF
Status as of 5/5/2025 12:51 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kelly Blackburn | | efile@dpslawgroup.com | 5/5/2025 12:26:33 PM | SENT |
| Kirk Pittard | | kpittard@dpslawgroup.com | 5/5/2025 12:26:33 PM | SENT |
| Jenn Haring | | jharing@cjsjlaw.com | 5/5/2025 12:26:33 PM | SENT |
| Scott James | | sjames@cjsjlaw.com | 5/5/2025 12:26:33 PM | SENT |
| Michala Quillen | | kquillen@cjsjlaw.com | 5/5/2025 12:26:33 PM | SENT |
| Ryan Johnson | | rjohnson@cjsjlaw.com | 5/5/2025 12:26:33 PM | SENT |
| Sarah Rowell | | rowell@thetexasfirm.com | 5/5/2025 12:26:33 PM | SENT |
| Ashley Snyder | | snyder@thetexasfirm.com | 5/5/2025 12:26:33 PM | SENT |
| Mason Dunnam | | masondunnam@dunnamlaw.com | 5/5/2025 12:26:33 PM | SENT |
| Andrea Mehta | | andreamehta@dunnamlaw.com | 5/5/2025 12:26:33 PM | SENT |